UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMONA MATOS RODRIGUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAN AMERICAN HEALTH ORGANIZATION, *et al.*,<br><br>Defendants. | Civil Action No. 20-cv-00928-JEB |

**PUTATIVE DEFENDANT PAN AMERICAN HEALTH ORGANIZATION'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO CONDITIONAL CROSS-MOTION**

The Pan American Health Organization ("PAHO") hereby respectfully moves for an extension of time in which to file a response to Plaintiffs' conditional cross-motion to take jurisdictional discovery (ECF No. 59).  Under Local Civil Rule 7(b), PAHO's response is currently due Monday, August 24.  PAHO seeks an 11-day extension of that deadline, making the response due Friday, September 4, the same day that PAHO files its reply in support of its motion to dismiss (ECF No. 54).  Plaintiffs consent to the requested extension.

By seeking this extension, PAHO does not waive its immunity from suit, or any other privileges, rights, or defenses.

- 2 -

Dated:  August 20, 2020                          Respectfully submitted,

/s/ Patrick J. Carome
Patrick J. Carome (#385676)
David W. Bowker (#989309)
Daniel S. Volchok (#497341)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
E-mail:  patrick.carome@wilmerhale.com

*Counsel for putative defendant the Pan American Health Organization*