UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAMONA MATOS RODRIGUEZ, *et al.*,

    Plaintiffs,

  v.

PAN AMERICAN HEALTH
ORGANIZATION, *et al.*,

    Defendants.

Civil Action No. 20-cv-00928-JEB

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

Plaintiffs and putative defendant Pan American Health Organization ("PAHO") jointly move for a 30-day extension of time to file the joint status report currently due January 16, 2024, up to and including February 15, 2024.

Since the hearing on September 14, 2023, at which the Court denied plaintiffs' motion to compel jurisdictional discovery without prejudice, plaintiffs have provided PAHO with revised jurisdictional-discovery requests and the parties have conferred regarding those requests. PAHO has also worked to collect documents potentially responsive to the requests, including collecting some but not all the documents potentially responsive to plaintiffs' first and second requests for production (regarding the deposit or transfer of Mais-Medicos related funds in or to the U.S.). The collection process has taken more time than anticipated, in part because it has overlapped with PAHO's year-end meetings, its year-end audit and accounting obligations, holidays and travel by critical PAHO personnel to their home countries, and efforts to identify and review records maintained only in paper form. PAHO has not yet determined that, in its view, further production of documents is warranted, but anticipates being in a position to make that determination and, if

necessary, to produce any documents that are responsive to plaintiffs' requests and that satisfy applicable standards for production on or before February 1, 2024. The parties will then need to further confer in order to ascertain what if any disputes require resolution by the Court. The parties therefore seek a 30-day extension of the deadline to file the joint status report.

By seeking this extension of time to file a joint status report, PAHO does not waive, and expressly reserves, immunity from suit, and any other privileges, rights, or defenses.

Dated: January 11, 2024

/s/ *Charles J. Cooper*
Charles J. Cooper (#248070)
Michael W. Kirk (#424648)
Haley N. Proctor (#1028020)
Joseph O. Masterman (#1630652)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue N.W.
Washington, DC 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
ccooper@cooperkirk.com

Peter Gil-Montllor*
CUNEO GILBERT & LADUCA LLP
16 Court Street
Suite 1012
Brooklyn, NY 11241

Samuel J. Dubbin, P.A.*
DUBBIN & KRAVETZ LLP
1200 Anastasia Avenue
Coral Gables, FL 33134

*Attorneys for plaintiffs*

Respectfully submitted,

/s/ *David W. Bowker*
David W. Bowker (#989309)
Daniel S. Volchok (#497341)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
david.bowker@wilmerhale.com

*Attorneys for putative defendant Pan American Health Organization*

\* Admitted pro hac vice