**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RAMONA MATOS RODRIGUEZ, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 20-cv-928-JEB |
| | : | Chief Judge James E. Boasberg |
| PAN AMERICAN HEALTH ORGANIZATION, et al., | : | |
| | : | |
| Defendants. | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's September 21 minute order (all dates herein are in 2026 unless otherwise indicated), the parties submit this joint status report regarding proposed next steps in this litigation.[†]

## I. Background

This case recently returned to this Court from the D.C. Circuit. That court dismissed for lack of jurisdiction PAHO's appeal from this Court's order granting plaintiffs' motion to compel jurisdictional discovery. Plaintiffs sought that discovery in connection with PAHO's factual motion to dismiss (ECF No. 80).

The parties conferred on September 29 regarding proposed next steps.

## II. Proposed Next Steps

The parties are currently negotiating the procedures and parameters that will govern PAHO's production of the documents pursuant to this Court's August 12, 2024, Order (ECF No. 113).

[†] As it has throughout this litigation, putative defendant the Pan American Health Organization (PAHO) reserves all of its privileges and immunities, having appeared solely to contest this Court's jurisdiction.

First, the parties are negotiating an electronically stored information (ESI) protocol, a protective order, and a Federal Rule of Evidence 502(d) order. PAHO will share with plaintiffs drafts of these orders by October 9. Plaintiffs reserve the right to argue a protective order is unnecessary. The parties will aim to have a final ESI protocol, protective order, and Rule 502(d) order filed with this Court no later than October 16.

Second, the parties agree to meet and confer no later than the week of October 5 to discuss each part of the Court's order in an effort to reach agreement on the scope of documents called for in each request, the methodology of electronic searching to be used, and the timeline for productions to plaintiffs. During that meeting, PAHO will propose timing for rolling productions, responses, and a 30(b)(6) deposition, and discuss the identity of the 30(b)(6) witness. PAHO will produce responsive non-privileged documents that are ready for production no later than October 16 and will produce responsive, non-privileged documents on a rolling basis thereafter. The parties will discuss these and other issues during their meet-and-confer during the week of October 5. PAHO reserves the right to withhold responsive documents on the basis of applicable privileges and protections in accordance with Federal Rule of Civil Procedure 26(b)(5), and plaintiffs reserve the right to oppose any assertions of privilege or protection. PAHO will produce an appropriate privilege log if it withholds any documents as privileged.

The parties propose that the Court direct them to submit another joint status report, regarding the status of these next steps, no later than October 23, and that the Court enter an order lifting the stay entered by the Court on September 28.

October 5, 2026

Respectfully submitted,

*/s/ Samuel J. Dubbin, P.A.*
Charles J. Cooper (#248070)
Michael W. Kirk (#424648)
Haley N. Proctor (#1028020)

*/s/ Daniel S. Volchok*
Daniel S. Volchok (#497341)
David W. Bowker (#989309)
WILMER CUTLER PICKERING

Joseph O. Masterman (#1630652)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
ccooper@cooperkirk.com

Samuel J. Dubbin, P.A.*
DUBBIN & KRAVETZ LLP
Florida Bar No. 328189
1200 Anastasia Avenue
Coral Gables, FL 33134
(305) 357-9004 (office)
(305) 818-8060 (cell)
sdubbin@dubbinkravetz.com

Christian Hudson*
CUNEO GILBERT FLANNERY &
LADUCA LLP
222 Livingston Street Unit 2,
Brooklyn, NY 11201

Jennifer E. Kelly
D.C. Bar No. 500405
2445 M St. NW, Suite 740
Washington, D.C. 20037

*Attorneys for plaintiffs*
* Admitted pro hac vice

HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
daniel.volchok@wilmerhale.com

*Attorneys for putative defendant Pan American Health Organization*